UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JUL 17 2006
RECEIVED

FILED
AUG - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court for the D.C.
Wash, D.C. 20001

Tyrone Hunt
465 H St. N.W. #517
(202) 487-5598
Wash, D.C. 20001

Plaintiff

vs.

Margaret Quick
Chairman of the
D.C. Board of Parole

Defendant

Civil Action No. _____

CASE NUMBER 1:06CV01396
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 08/07/2006

## Complaint

to eliminate certain or all conditions of parole which said plaintiffs' parole is granted.

Comes now, Tyrone Hunt, the Appellant and respectfully moves the Honorable U.S. D.C. District of Columbia to eliminate all or possibly certain parts of said plaintiffs' Court.

RECEIVED
JUL 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

parole grant:

1. I will not go outside the parole limits fixed in the Certificate of Parole without first obtaining the approval of my parole officer is in violation of the Plaintiffs' eighth (8th) Amendment Right to the U.S. Constitution.

2. I will not illegally possess, use, sell, or purchase any narcotic drug, controlled dangerous substance or related paraphernalia nor will I frequent or visit places where any narcotic drug, controlled substance or related paraphernalia is legally sold, dispensed, used or given away. Which is in violation of said Plaintiffs' eighth (8th) Amendment Right to the U.S. Constitution.

3. I will not own, possess, use, sell or have under my control any deadly weapon or firearm which is in violation of said Appellant/plaintiffs eighth (8th) Amendment Rights to the U.S. Constitution.

4. I will make diligent efforts to find and maintain legitimate employment and will support myself and legal dependents to the best of my knowledge and ability because of SSI receipt said conditions in violation of said plaintiffs' eighth (8th) Amendment Right to the U.S. Constitution.

5. I will obey all laws and will personally report to my Parole Officer, at my earliest opportunity, any arrest or other involvement with law enforcement authorities is Discretionary because of the the limits of the Wash, D.C. Metro Area, Prince Georges County and

Montgomery Counties of Maryland, Arlington and Fairfax and Falls Church until life is in also in violation of the Plaintiff's eighth (8th) Amendment Right to the U.S. Constitution.

### Memorandum of Law.

1. See: Eighth (8th) Amendment Right to the U.S. Constitution.

Also See: All cases concerning negligence.

### Relief

1. Plaintiff seeks one (1) trillion dollars in punitive damages against said Defendants.

### Certification of Service

I, Tyrone Hardy the Plaintiff, and respectfully states that I have upon this 16th day of July, 06 have sent the foregoing complaint, this to the U.S. District Court for the D.C., to make service upon the attorneys for the Defendant.

Respectfully Submitted,

/s/ _____

(Plaintiff pro-se)