U.S. District Court for the D.C.
Wash, D.C. 20001

Tyrone Hicks
961 4 St. N.W. #57
Wash, D.C. 20001
&c Appellant / Plaintiff

vs.

Margaret Quick
Chairman of the D.C.
Board of Parole
Appellee / Defendant

D.C. Board of Parole
Defendant

Civil Action
No. 06-cv-1391-CKK
No. 06-cv-1396-CKK
No. 06-cv-00738-CKK

---

Correction to said complaint
at 06-cv-00738-CKK

---

Comes now, Tyrone Hicks the Appellant, and
respectfully moves the Honorable Judge, Colleen Kollar-
Kotelly, for a correction of said complaint against
Metropolitan Police Depart, whereas, said Honorable
U.S. District Court for the D.C., serves summons issued
As to Metropolitan Police Depart, Third (3rd) District,
enters on 5/15/06, but said civil actions Nos. 06-cv-
01391-CKK, and 06-cv-01396-CKK, summons not
issued As to Margaret Quick enters on 8/07/06.
So therefore in case Nos. 06-cv-1391-CKK and 06-cv-1396-CKK
has yet to be decided by the Honorable U.S. District Court

RECEIVED

AUG 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judges Colleen Kollar-Kotelly in said appropriate civil cases.

## Memorandum of Law

1. See: Fifth (5th) Amendment Rights to the U.S. Constitution.

Also see case Nos. 06-CV-01366-CKK and 06-CV-01397-CKK

## Certification of Service

I, Tyrone Hunt, the appellant, and respectfully states that I have upon this 10th day of August, 06, have sent the foregoing correction to said complaint at 06-CV-00736-CKK to the U.S. Dist. Court for the D.C., to make service upon the attorneys for the App Defendants.

Respectfully submitted,

Tyrone Hunt
(Plaintiff, pro se)