UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Tyrone Hurt, | : | |
| | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 06-1396 (CKK) |
| | : | |
| Margaret Quick, | : | |
| | : | |
|     Defendant. | : | |

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum, it is

ORDERED that pursuant to 28 U.S.C. § 1915(e), this case is DISMISSED. This is a final appealable Order.

                                                                    _____s/_____
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

Date: August 28, 2006